IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WESLEY AND DORIS BARNETT, a Joint Venture, d/b/a WESLEY BARNETT FARMS, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 2-07CV-245-J |
| FEDERAL CROP INSURANCE CORP., ET AL., | § § § § | |
| Defendants. | § | |

**DESIGNATION OF EXPERT WITNESSES
OF COMPANY DEFENDANTS**

TO THE HONORABLE COURT:

All Defendants except for Federal Crop Insurance Corp. (collectively, "Company Defendants") file their Designation of Expert Witnesses as follows:

1. **Operation of GRIP Insurance Program and Factual and Public Policy Bases for Federal Preemption**

    Kenneth D. Ackerman
    Olsson, Frank, and Weeda, P.C.
    1400 Sixteenth Street N.W., Suite 400
    Washington, D.C. 20036
    (202) 518-6379
    (202) 234-3550 Fax

2. **Attorney's Fees**

    Thomas C. Riney
    Riney & Mayfield LLP
    600 Maxor Building
    320 S. Polk Street
    Amarillo, Texas 79101
    (806) 468-3200
    (806) 376-4509 Fax

>Mitch D. Carthel
>Sanders Baker P.C.
>700 Maxor Building
>320 S. Polk Street
>Amarillo, Texas 79101
>(806) 372-2020
>(806) 372-3725

    3.    Company Defendants reserve the right to call as expert witnesses any experts designated by Plaintiffs in this matter.

    4.    Company Defendants reserve the right to designate additional expert witnesses if necessary in view of the Orders of this Court.

>Respectfully submitted,
>
>RINEY & MAYFIELD LLP
>
>  Thomas C. Riney – TBN 16935100
>    triney@rineymayfield.com
>  Joni Paul Kleinschmidt – TBN 24037249
>    jkleinschmidt@rineymayfield.com
>600 Maxor Building
>320 South Polk Street
>Amarillo, Texas 79101
>(806) 468-3200; Fax (806) 376-4509
>
>
>By /s/ Joni Paul Kleinschmidt
>
>
>SANDERSBAKER, P.C.
>  Mitch D. Carthel – TBN 03940550
>    mcarthel@sandersbaker.com
>320 South Polk Street, Suite 700
>Amarillo, Texas  79101
>(806) 372-2020; Fax (806) 372-3725

NATIONAL CROP INSURANCE SERVICES, INC.
  P. John Owen – Kansas Bar No. 11835
      johno@ag-risk.org
8900 Indian Creek Parkway, Suite 600
Overland Park, Kansas 66210
(913) 685-5425; Fax (913) 685-3080

COUNSEL FOR ALL COMPANY DEFENDANTS

LEVIN & ROSENSTEIN, P.C.
  Daniel N. Rosenstein – D.C. Bar No. 434302
      dan.rosenstein@rcis.com
1395 Piccard Drive, Suite 100
Rockville, Maryland 20850
(301) 208-1795; Fax (301) 302-1855

ADDITIONAL COUNSEL FOR RURAL COMMUNITY INSURANCE AGENCY, INC. AND RURAL COMMUNITY INSURANCE COMPANY

        RAIN AND HAIL INSURANCE SERVICE, INC.
          Michael J. Davenport – Iowa Bar No. 15166
            michael.davenport@rainhail.com
        9200 Northpark Drive, Suite 300
        Johnston, Iowa   50131
        (515) 559-1000; Fax (515) 559-1001

        ADDITIONAL COUNSEL FOR RAIN & HAIL, L.L.C., ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AND AGRI GENERAL INSURANCE COMPANY
        PROAG

          Grant Adams – Texas Bar No. 00790202
            grant@proag.com
        General Counsel
        P. O. Box 229
        Amarillo, Texas 79109
        (806) 372-6785; Fax (806) 372-3826

        ADDITIONAL COUNSEL FOR PRODUCERS AG INSURANCE GROUP, INC. AND PRODUCERS AGRICULTURE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2008, I electronically filed with the Clerk of Court for the United States District Court, Northern District of Texas, Amarillo Division, the the ***Designation of Expert Witnesses of Company Defendants*** using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

>Mr. Thomas D. Farris
>Mr. Chris D. Parker
>PETERSON FARRIS PRUITT & PARKER
>P. O. Box 9620
>Amarillo, Texas  79105-9620
>    and
>Mr. Keith Davis
>ATTORNEY AT LAW
>P. O. Box 446
>Wellington, Texas  79095
>    *ATTORNEYS FOR PLAINTIFFS*
>
>Mr. E. Scott Frost
>ASSISTANT UNITED STATES ATTORNEY
>1205 Texas Avenue, Suite 700
>Lubbock, Texas 79401
>    *ATTORNEYS FOR DEFENDANT FEDERAL CROP*
>    *INSURANCE CORP.*


>    /s/ Joni Paul KLeinschmidt